# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHESTER O'QUINN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 15-796-SCW |
| | ) | |
| JAMES OLKOSKI, THOMAS SPILLER, S.A. GODINEZ, CHARLES W. HECK, MARCUS A. MYERS, VIPIN SHAH, C/O WANGLER, C/O HELSLEY, CO HICKS, C. KRAFT, C/O BRITTON, C/O THEIS, C/O WALTERS, UNKNOWN PARTY, C/O BOWLES, C/O FERNANDEZ, C/O NEWBURY, C/O BARNES, C/O DICKERTOSN, RANDY ALLEN, JOHN DOE #1, ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| Defendant(s). | | |

## JUDGMENT IN A CIVIL CASE

Defendants S.A Godinez, C.O Helsley, C.O Hicks, C Kraft, C/O BrittonC/O Walters, C/O Bowles, C/O Newbury, C/O Barnes, and C/O Dickerson were dismissed without prejudice on July 11, 2016 by an Order entered by Chief Judge Michael J. Reagan (Doc. 79).

Defendants Charles W. Heck, Marcus A. Myers, Unknown Party John Doe, were dismissed without prejudice on August 25, 2015 by an Order entered by Chief Judge Michael J. Reagan (Doc. 13)

Defendant Vipin Shah was dismissed without prejudice on January 21, 2016 by an Order entered by Chief Judge Michael J. Reagan (Doc. 54).

Defendant John Doe #1 was dismissed on December 27, 2017 by an Order entered by Chief Judge Michael J. Reagan (Doc. 105).

All remaining claims are dismissed with prejudice and without costs in accordance with an Order entered by Magistrate Judge Stephen C. Williams (Doc. 124).

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 28th day of September, 2018

**THOMAS L. GALBRAITH, ACTING CLERK**

**BY: /s/ Angela Vehlewald**
**Deputy Clerk**

**Approved by /s/ Stephen C. Williams**
**United States Magistrate Judge**
**Stephen C. Williams**